AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States

APPEARANCE

v.

Anthony Mancini

CASE NUMBER: 1:07-M-122M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anthony Mancini

I certify that I am admitted to practice in this court.

12/7/07
*Date*

[signature]
*Signature*

Al Medici 4584
*Print Name* *Bar Number*

1312 Atwood Ave
*Address*

Johnston RI 02919
*City* *State* *Zip Code*

401-946-3910 401-942-4918
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.