USMS 14212-176

RECEIVED
U.S. MARSHALS SERVICE
DEC 07 2007

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ANTHONY MANCINI

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-122 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY MANCINI
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
On October 22, 2007 November 9, 2007, and December 5, 2007, the willful sale by licensee without proper record keeping.

in violation of Title 18 United States Code, Section(s) 922(b)(5) and 924(a)(1)(D)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

12-7-07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Park ave, Cranston, RI by ATF | | |
| DATE RECEIVED 12/07/07<br>DATE OF ARREST 12/07/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.