AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Anthony Mancini

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07-M-122M

I, Anthony Mancini, charged in a (complaint) (petition) pending in this District with Willful Sale by Licensee Without Proper Record Keeping in violation of Title 18, U.S.C., 922(b)(5), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Anthony B. Mancini
Defendant

12/13/07
Date

[signature]
Counsel for Defendant