IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 26 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR08-16S

UNITED STATES OF AMERICA )
)
) Cr. No. ____________
vs. ) In violation of: 18 U.S.C. §§ 922
) (b)(5) and 924(a)(1)(D)
)
ANTHONY MANCINI )

INFORMATION

The United States Attorney charges that:

COUNT I

On or about November 9, 2007, in the District of Rhode Island, the defendant, ANTHONY MANCINI, being a licensed dealer of firearms, did willfully sell and deliver, two firearms, to wit, an Astra, model A-75, 9mm semi-automatic pistol (serial no. 7044B) and a Jiminez, model JA380, .380 caliber semi-automatic pistol (serial no. 067845), without noting in the defendant's records required to be kept by law pursuant to 18 U.S.C. § 923, the name, age and place of residence of the purchaser of the firearms,

in violation of 18 U.S.C. §§ 922(b)(5) and 924(a)(1)(D).

COUNT II

On or about December 5, 2007, in the District of Rhode Island, the defendant, ANTHONY MANCINI, being a licensed dealer of firearms, did willfully sell and deliver, a firearm, to wit, a

Taurus, model 669, .357 caliber revolver (serial no. HK101867), without noting in the defendant's records required to be kept by law pursuant to 18 U.S.C. § 923, the name, age and place of residence of the purchaser of the firearms,

in violation of 18 U.S.C. §§ 922(b)(5) and 924(a)(1)(D).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
ASSISTANT U.S. ATTORNEY

LUIS M. MATOS
FIRST ASSISTANT U.S. ATTORNEY

Dated: 02/26/2008