PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): STEPHEN G. DAMBRUCH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Alcohol, Tobacco, Firearms & Explosives

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
1:07-MJ-122M

Place of offense: County

CASE NO.

USA vs.

Defendant: Anthony Mancini

Address:

REDACTED

☐ Inte

Birth Date 8

le)

Social S

Issue: ☐ Warrant ☒ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 USC 922(b)(5) & 924(a)(1)(D) | WILLFUL SALE OF A FIREARM BY A LICENSEE | ☒ Felony ☐ Misdemeanor |
| | PENALTIES FOR EACH COUNT: | WITHOUT PROPER RECORD KEEPING | ☐ Felony ☐ Misdemeanor |
| | 5 years imprisonment; $250,000 fine; | | ☐ Felony ☐ Misdemeanor |
| | 3 years supervised release; $100 mandatory | | ☐ Felony ☐ Misdemeanor |
| | special assessmen. | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |