O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
FEB 26 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
ANTHONY MANCINI

WAIVER OF INDICTMENT

CR08-16S

CASE NUMBER:

I, Anthony Mancini, the above named defendant, who is accused of

Two counts of willful sale of a firearm by a licensee without proper record keeping, in violation of 18 U.S.C. Sections 922 (b)(5) and 924(a)(1)(D)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/29/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant ANTHONY MANCINI

[signature]
Counsel for Defendant ALBERT E. MEDICI, ESQUIRE

Before [signature]
Judicial Officer USMJ