Carol A. Mancini
1065 Park Avenue
Cranston, R.I. 02910

RE: Anthony B. Mancini

I met my husband, Anthony Mancini, many years ago when our children were very young and involved in youth programs together. Throughout our lives, we have had a great understanding and respect for each other.

Many years ago, I started shooting trap with my children and spent many hours at a club with my sons. Anthony, along with his sons, taught us how to properly use and respect a firearm. My sons and his became great trap experts because of his guidance.

Some years later, Anthony and I married and we have an apartment above our store that is modest and the center of our families. Both of us just continued to have our families for every holiday and then some. We total ,with just immediate family member, nineteen for dinner. We have an open door policy for all holidays.

Anthony has been though a great deal in his life time. Bypass heart surgery, with many unforeseen complications, a pace maker, one stroke, an eye stroke, skin cancer and the most important one the death of his son Keith in the Station Fire. I guess God wasn't done with him yet. Someone once said the HE doesn't give you more than you can handle. Well this last thing has finally taken its toll. Anthony has taken responsibility for his actions, and unfortunately is now classified as a criminal

Some years ago Anthony went to work at his cousins business, a landfill, so that he could keep his sons working at the store. What father or business man would do a thing like that....not many. If that wasn't enough, he took another job as a security guard for a friend of the family. This was to supplement the income of the store.

The only thing that Anthony is guilty of is not calling it quits before this time in his life. He tried to keep busy and keep a slowly dying business going, if only for a few dollars. We did try a few years ago to sell, but NO ONE came close to even calling on the property. This man gave and gave and now is has very little left.

Anthony has a great deal of respect for his family, friends, and business. He takes pride in all that he does, no matter how small. My children come to him for help and trust him without exceptions.

I'm sure that this is only another step in our life and we will manage somehow. We have each other. What is in this letter is in my heart and you have the only copy.

March 12, 2008

Hon. William E. Smith
U.S. District Court
Kennedy Plaza
Providence, RI 02903

Re: Anthony Mancini

Honorable Judge Smith:

I am writing in support of Anthony Mancini with regard to certain criminal charges pending before you.

I have known Anthony for my entire life. Other than the matter now before the Court, I have never known Anthony to have become involved in any illegal activity. Anthony's present circumstances are the direct result of a most unfortunate lapse in judgment during one of the lowest ebbs in his lifetime. The embarrassment he has been enduring from these errors has weighed heavily upon him and his family and I am sure he deeply regrets these most unfortunate lapses.

I know Anthony to be a reliable, kind, most considerate and charitable individual who has helped numbers of people throughout his lifetime. Anthony has demonstrated exemplary dedication and responsibility to his family with endless support to his mom, who widowed at a very early age, often acting as a surrogate father to his younger siblings. He did this voluntarily and willingly with nary a whisper of complaint. These acts of kindness throughout his lifetime should not go unacknowledged, but should be given strong consideration by the Court.

In closing I urge the Court to exercise its sound discretion in accord with the circumstances. Anthony Mancini is an upstanding citizen who has contributed much to the community for decades while he operated his well-established small business in the City of

Cranston. He does not pose a threat to society. In my opinion the interest of justice would be best served if the Court sanctioned Anthony appropriately and fairly without removing him from the community and his family. I am most confident that he would conform to and abide by each and every probationary condition imposed upon him by the Court while being allowed to remain at home with his family and gainfully employed.

Thank you for this opportunity to express my thoughts about Anthony Mancini.

Very truly yours,

Lauretta Joslyn
23 Gaglione Court
Cranston, RI 02921
(401) 946-6699

To Whom it May Concern;

I am writing this letter on behalf of my friend Anthony Mancini. I have had the priveledge of knowing Anthony for many years. He is a honest, kind and honorable man. One others can look up to and learn many valuable thing. I am proud to have him as a friend.

Thank you for your time.

Mary Lou Page

To Whom it May Concern,

My Name is June Giannini, I am writing to you on behalf of Anthony Mancini. He is an honest gentleman who has successfully run a small business in the City of Cranston for over 30 years. It is with my greatest respect, that I tell you about a man who has survived without extreme trials and tribulations over these hard times.

Anthony Mancini is an upstanding family man in our City, who has sponsored many youth organizations.

I am not sure what relevance my opinion may have on the issues at hand, but my support will always be behind a kind, giving man. I thank you for your time to read my thoughts.

Sincerely,

June Giannini

120 Lake Street
Cranston RI
02910

946-2079

PROVIDENCE POLICE DEPARTMENT
Internal Investigations and Inspections Division
325 Washington St., Providence, RI 02903
401-243-6153

03-05-08

To: Mr. Albert Medici-Attorney at Law

From: Detective Robert E. Miele

Subject: Mr. Anthony Mancini

Sir;

I am writing this letter on the behalf of Mr. Anthony Mancini who is the proprietor of Continental Arms located at 1016 Park Avenue in the City of Cranston. It is my understanding that Mr. Mancini after over thirty years of conducting business in a manner to say the least as far as I am aware of has conducted himself in a professional manner and strictly adhered to federal and state regulation.

In the past few years Mr. Mancini has had more than his share of turmoil in his personal and professional life, including the passing of his youngest son Keith in the tragic fire at the station night club. This event in my opinion may have had a tremendous effect upon Mr. Mancini's judgment.

As I have stated I have known and have conducted business with Mr. Mancini for well over thirty years and during this time I have never observed Mr. Mancini ever break the law or condone this type of behavior. People are only human and at times humans make mistakes, I believe that under certain circumstances people who make errors in judgment or make poor choices should be shown a degree of mercy and compassion if the mistake is truly a mistake of the head and not of the heart.

As humans we all make errors in judgment as well as making poor choices; however; Mr. Mancini is a good, father, husband, friend, and man who did make a poor choice. It would please me as a law enforcement official if the powers to be could see it possible to show this man a little mercy, if this man was truly a bad person I would not be writing this letter.

Respectfully

Detective Robert E. Miele

Detective Robert E. Miele

To Whom It May Concern,

I am writing in regard to Anthony Mancini. I am hoping that this letter may help.

Anthony Mancini is one of the most decent and honest men I have ever had the pleasure of having in my life. He is a fair man with a kind heart, is a great judge of character and can see through to the core of a person.

On February 19th, 1985, he became my second father seeing me through some of the toughest times of my life. He has never let me down and has never wavered, helping me raise and direct my Sons though life by modeling great traits such as honesty, respect, dignity, pride, and integrity. He has been an upstanding figure in our community and has run his Cranston business for over thirty-five years. During that time he sponsored numerous team sports, various activities, and organized annual fishing contests at a local lake for all the children in the neighborhood. No child was lever left out. He supplied every child with bait and poles. He felt he wanted to give something back to the community by involving and introducing their children to the sport of fishing.

Anthony Mancini has worked hard every day of his life building his business up to where it is today. At seventy-two, he has over come heart problems with surgery, robbery, the loss of his

partner, who was his brother, and most important the loss of his Son who perished in the Station fire. He is not a man who falters when asked to lend a hand, help out a friend or just plain listen. He will stand by you until you can stand up by yourself. He does not judge, he does not boast, he simply accepts you for who you are. I can't think of any one else who has given more of themselves to everyone as he has.

Anthony Mancini is a great man with a good heart. He is respected by many, and loved by his family and friends. He is a man of integrity. He is a man I am proud to know.

I am writing because I just could not stand by and be silent.

From his example I have learned to be honest and have learned to stand up for what I believe in.

I Believe in him.

Sincerely,

Gail Ann Pomfret

Gail Ann Pomfret

Dear Mr. Medici,

I have known Anthony Mancini since around March of 1996. Even though I do not see him everyday, I find him to be compassionate, gentle, caring and quite dedicated to his family and friends. On many occasions I've been in Rhode Island to spend time in his home and he has always made me feel quite welcomed. He is such a knowledgeable man that it's always a pleasure to converse and spend time with him. The few times I visited his place of business I noticed him to be quite dedicated, as well as friendly and cordial with his customers. In my opinion he is a very trusting, reliable, responsible and dependable individual.

Anthony is someone for whom I have a great deal of respect and admiration for and I am truly delighted to have the pleasure of knowing him.

Respectfully,

Norma Baka

Norma Baka
567 Fairmount Road
Linthicum, Maryland 21090

8/26/08

March 8, 2008

To Whom It May Concern,

I have known Anthony Mancini for several years and he is an upstanding Citizen. He is always there to lend a hand when needed. He is honest, kind & admirable person.

Sincerely,
Christine Wright

***Janet Mancini***
***105 Moccasin Trail***
***Cranston, RI 02921***
***(401) 942-4999***

March 4, 2008

To Whom It May Concern:

Re: Anthony Mancini

I have known Anthony for many years and know him to be a mild mannered kind person with good morals and of good character. Unfortunately we all make mistakes as did he.

Please don't judge Anthony on his one mistake. He truly is a good person.

Janet Mancini

JANET MANCINI