March 5. 2008

To Whom It May Concern:

For: Anthony Mancini

I have known Tony for over 50 years and know him to be of good character, honest and trustworthy. A good father and husband. A hard worker and a gentleman. Everyone who knows Tony, knows that he would never knowingly do anything improper or unethical. I will vouch for his good character. I know that Tony is sorry for his mistake, and I implore you to be lenient on Tony and look at all the good he has done over his lifetime.

Gratefully yours,

Richard Mancini

Richard Mancini

**Shirley A. Dowswell**
5833 Rosewood Drive
Gardendale, AL 35071
(205) 631-9863

February 28, 2008

Mr. Albert E. Medici, Jr.
1312 Atwood Avenue
Johnston, RI 02919

**RE: ANTHONY MANCINI**

Dear Mr. Medici:

It is with great honor that I submit a character reference for Anthony Mancini.

My first introduction to Mr. Mancini was in the year of 1996 in a visit to Rhode Island. In most cases, a first impression is the important one and determines whether future contacts will take place. My first encounter with Anthony insured that not only was he a person of my liking, but looked forward to seeing again on future visits.

Mr. Mancini has proven to be a compassionate, caring person with a high moral standing in his everyday life. I know that if a situation should arise requiring assistance in any form, Anthony would be the first to volunteer his help and go beyond any expectations to achieve a more than favorable result.

Several years after our first meeting, Anthony and my cousin, Carol, united in marriage. Having the opportunity to be around him even more, the attributes previously bestowed on him have increased ten fold since that reunion.

Close family relationships are a high priority not only with Anthony, but with Carol also. These bonds reflect love, care, respect, responsibility and giving to each, whether they are an immediate or distant family member.

Mr. Albert E. Medici, Jr.
Page Two

I have been very fortunate to have met Anthony Mancini and to now have him a greater part of my life.

Please contact me if I can be of further assistance with my reference for Mr. Mancini. I would be happy to further contribute, as he would for me, if requested.

Very truly yours,

Shirley Dowswell

Shirley Dowswell

Feb. 26, 2008

Dear Sir,

My brother, Anthony Mancini, has always been an honest, hardworking person, and he ran his business the same way.

He has always been there for all of his family, whether it was due to a death or a sickness, even though he has had very serious health problems of his own.

After running an honest business for thirty-five years, I think this small lapse has been blown way out of proportion.

Thank you.

Lucy (Mancini) Ciccarelli

Claire Mancini
43 Straw Lane
Wakefield, Rhode Island, 02879
February 26, 2008

To whom it may concern,

This letter is about my brother-in-law and what kind of man Anthony Mancini is, honest, decent and trustworthy. He is a constant presence for his family and extended family. He is a quiet man, full of heart who cares about others and is ready with a helping hand when necessary.

For thirty five years, he operated his business with integrity. He always followed "the letter of the law".

I want you to be aware that he has a hearing loss and has had a stroke. For people who have had a stroke,sometimes normal things don't compute, especially when more than one person is talking to him.

Anthony is a good man, please take this into consideration as you decide his fate.

Thank you,

Claire Mancini
(sister-in-law)
Claire Mancini

February 27,2008

To Whom It May Concern:

I am writing this in support of Anthony Mancini.

I have known Anthony in excess of fifteen years as both a family member and employee. Anthony has worked for me on many occasions and I have never met such a mild manner polite person.

Anthony is a man of outstanding character, whom will never ripple the daily affairs; rather you can count on him to help out in any way that you may ask of him.

I strongly support Anthony as a model citizen and a very honorable man.

Sincerely,

Robert J Rocchio Jr.
President

TOWN & COUNTRY
LANDSCAPING Est. 1979

24 Old Simmonsville Road • Johnston, RI 02919 • (401) 946-1080 • Fax (401) 946-6730 • www.LandscapeRI.com

Paul C. Ciccarelli
8610 Ramsbury Way
Wilmington, NC 28411

March 6, 2008

To Whom It May Concern:

The purpose of this correspondence is to offer support to my uncle, Anthony Mancini, as it pertains to upcoming judicial proceedings.

As a young man, my uncle served his country by joining the army and is a veteran of the Korean war era. He is a devoted husband, father and grandfather. I have come to depend on him to provide support and comfort to my mother, his sister, Lucy Ciccarelli, as my job keeps me away from Rhode Island. He is a man I have admired and looked up to from an early age and that admiration continues today.

Anthony Mancini is a well recognized member of the community. He has been a respected business man in the City of Cranston for over 30 years. It would be a benefit to the city to have other business men that possess the character and moral fiber that is displayed by my uncle on a daily basis. He has maintained an unblemished reputation and has the utmost respect of his customers as a proprietor they have come to trust over the years.

It is my hope that every consideration be given him in these proceedings. He is a man of integrity, and I believe he will continue to demonstrate his worth to his family, friends and community.

Respectfully,
Paul C. Ciccarelli

**Harmony Grove Bands**

A Tradition of Excellence

February 29, 2008

To Whom It May Concern,

I am writing to you in regard to one of your local merchants, Mr. Anthony Mancini. Mr. Mancini has been an acquaintance of mine for many years and I have always found him to be a dedicated and caring individual that is devoted to his family, his business and his community. On every occasion of our meeting, I have known Mr. Mancini to be the quintessential professional devoted to serving the needs of his customers with honesty and courtesy thereby establishing and maintaining the highest standards of service from himself and his employees. He has achieved success both professionally and socially because of his care and compassion for others and his willingness to serve those around him. Mr. Mancini is an asset to your community and is a person with whom I proudly use the word friend. I gladly recommend him to you. Thank you for your concern in this matter.

Sincerely yours,

Kevin D. Taylor, Director of Bands
National Board Certified Teacher
Music Department Chairman
Harmony Grove High School
2621 Hwy 229
Benton, AR 72015
501-778-5413
ktaylor@cardinals.dsc.k12.ar.us

**Harmony Grove Bands**

A Tradition of Excellence

February 29, 2008

To Whom It May Concern,

I am writing to you in regard to one of your local merchants, Mr. Anthony Mancini. Mr. Mancini has been an acquaintance of mine for many years and I have always found him to be a dedicated and caring individual that is devoted to his family, his business and his community. On every occasion of our meeting, I have known Mr. Mancini to be the quintessential professional devoted to serving the needs of his customers with honesty and courtesy thereby establishing and maintaining the highest standards of service from himself and his employees. He has achieved success both professionally and socially because of his care and compassion for others and his willingness to serve those around him. Mr. Mancini is an asset to your community and is a person with whom I proudly use the word friend. I gladly recommend him to you. Thank you for your concern in this matter.

Sincerely yours,

Kevin D. Taylor, Director of Bands
National Board Certified Teacher
Music Department Chairman
Harmony Grove High School
2621 Hwy 229
Benton, AR 72015
501-778-5413
ktaylor@cardinals.dsc.k12.ar.us

March 8, 2008

To Whom It May Concern:

Anthony Mancini has been part of my family for many years. As my brother-in-law and friend I can contest that he is a very honest, loving, generous and reliable man. He is the type of man who would take his shirt off his back to help someone in need. He is a great husband, father and professional business owner.

To have this type of stress at his age of 72 is unbearable. He has had many tragedies in his life: the most recent the loss of his son in the Station Fire.

I ask the Court to please be lenient with the decision that is being made.

Thank You.

Sincerely,

Cecelia Cairone

March 3, 2008

To whom it may concern:

I am writing this letter on behalf of Anthony Mancini.

Anthony is married to my mother, Carol. This is a second marriage for both of them. They are a happily married couple who live a very simple life. Both Anthony and my mom are always looking for ways to help their families and their friends. They are the two people I can truly count on in any situation.

I have known Anthony for many years, and he is a very kind and gentle man. He is a quiet man who keeps to himself and would only give his opinion if directly asked for it.

On numerous occasions Anthony has cared for my children along with my mother. My two sons, my husband, and I are very fond of Anthony, and consider ourselves fortunate to have him as part of our family.

Sincerely,

Gina M. Rocchio

**Shirley A. Dowswell**
5833 Rosewood Drive
Gardendale, AL 35071
(205) 631-9863

February 28, 2008

Mr. Albert E. Medici, Jr.
1312 Atwood Avenue
Johnston, RI 02919

**RE: ANTHONY MANCINI**

Dear Mr. Medici:

It is with great honor that I submit a character reference for Anthony Mancini.

My first introduction to Mr. Mancini was in the year of 1996 in a visit to Rhode Island. In most cases, a first impression is the important one and determines whether future contacts will take place. My first encounter with Anthony insured that not only was he a person of my liking, but looked forward to seeing again on future visits.

Mr. Mancini has proven to be a compassionate, caring person with a high moral standing in his everyday life. I know that if a situation should arise requiring assistance in any form, Anthony would be the first to volunteer his help and go beyond any expectations to achieve a more than favorable result.

Several years after our first meeting, Anthony and my cousin, Carol, united in marriage. Having the opportunity to be around him even more, the attributes previously bestowed on him have increased ten fold since that reunion.

Close family relationships are a high priority not only with Anthony, but with Carol also. These bonds reflect love, care, respect, responsibility and giving to each, whether they are an immediate or distant family member.