February 27, 2008

To Whom It May Concern,

In the more than fifteen years I have known Anthony Mancini he has always been an honest and hard working individual.

I have always been impressed with his ability to balance the long hours required to run a successful business while raising a loving and caring family. He has achieved all of this and also taken the time to volunteer in Community Theater productions. At all times I have found Anthony to be honest and straightforward. Everyone who knows him, admires his quiet unassuming character, but knows that Anthony would always be there for anyone who required his help.

I can not think of any individual more deserving of your compassion and understanding.

Sincerely,

__________________________________

Normand Couturier
77B Valley Green Court
North Providence, RI 02904

To whom it may concern;

I am writing on behalf of Mr. Anthony Mancini whom I admire greatly. I have known Anthony for about 10 years and consider him a person who shows respect and receives it in return from everyone he meets.

When I first met Anthony, he was extremely quiet and a man of few words. When he did talk, you could tell he chose his words with great care and purpose. As I've gotten to know him over the years, I have found that he has a very dry sense of humor that I really adore. Anthony has a way of looking at you when you speak that shows he hears every word, not just what he wants to hear. Anthony is very modest and doesn't ask for anything; he is just happy doing for everyone else.

Sometimes at family functions you almost forget that Anthony is there because he hangs back and lets everyone else take center stage. Not because he doesn't want to participate, but because he is happy to just observe. He is a man of few words but the words he does speak are spoken with great care and awareness.

My daughter Jamie said it best when she said, "Grandpa Anthony is nice and very caring to people."

Sincerely,
Joanne Parillo

48 Hollow Tree Drive
Cranston, RI 02920

March 4, 2008

To Whom It May Concern,

My name is Mark Anderson and I was asked by my friend Carol Mancini to write a character reference for her husband, Anthony Mancini.

While I know few details of the legal matter pending against him, I must say I find it very hard to believe that Anthony would knowingly break the law, especially when the sale of firearms are involved.

I have known Anthony for over twenty years. We met and became friends when I was working an amateur actor. He and Carol would come to see the shows that I was in. While we socialized, I learned that he also was an actor years earlier with the founding of Trinity Repertory Company. He, quite modestly, told me he was on the way up the theatrical ladder, landing prime roles for this very talented company.

During our conversation, he told me he left the troupe rather abruptly. I asked him why, because I could see how much he loved live theater. He told me a story about the "free spirits" who were running the company. Anthony was being pressured to participate in something he found morally offensive. So as a young man just starting a family, he walked away from his passion rather than sacrifice his character.

Anthony told me this story 20 years ago and I still remember it to this day. If this type of behavior is not a man of good character, than I don't know what is.

Thank you for considering my letter.

Mark Anderson

March 4, 2008

Albert E. Medici
1312 Atwood Avenue
Johnston, RI 02919

RE: Anthony Mancini

Dear Mr. Medici,

I am writing to you today on behalf of my uncle, Anthony Mancini. I would like to give my testimony of what kind of man he is.

Obviously, I've known Anthony all my life, as he is my father's brother. My father's family is one of integrity, loyalty and has always been dedsupportive and hard-working; Anthony Mancini is no exception. For as long as I can remember, he has run his own firearms/bait and tackle business and has never been involved in any illegal activities. Being the man that he is, he would never intentionally do anything to jeopardize his reputation or his livelihood. He is well known, as well as well liked in the community and is dedicated to his family, friends and career.

Despite the tragedies and illnesses my uncle has endured in his lifetime, he has managed to maintain his sense of pride and dignity. No matter what his circumstances, he has always made himself available to anyone who needs him. Right now, he needs the support that he rightfully deserves. Anthony is a victim of an unfortunate mistake; his crime was not intentional and this incident does not make me view him as a criminal. He is an honorable man and to charge him as anything but would be unjust and will destroy him.

I respectfully request that you take this testimony into consideration when rendering a decision. Thank you for your time and attention in this matter.

Sincerely,

Denise Ferris

March 1, 2008

To Whom It May Concern:

I have known Anthony Mancini for over 15 years. I am his niece through marriage.

I can confirm that he is a man of great integrity and is extremely dedicated to his family and work. He has been there for me, as well as my siblings, especially when my father passed away. He has always been generous and willing to help out.

Anthony has been a gun dealer for as long as I known him. I have been to his shop on many occasions and have always perceived him as a very knowledgeable, professional businessman. His business has been successful all of these years because of his passion and his commitment to his customers and community.

I ask that you please be take this into consideration before any decisions are made regarding his punishment.

Sincerely,

Maria Pimental

Anne Hunter
48 Paquin Drive
Marlborough, MA 01752

March 5, 2008

To whom it may concern;

This letter is in reference to Anthony Mancini, whom I've know all my life. In fact, he has been a positive role model and influence through out my life. Anthony is a very quiet and peace loving man. He has helped me through a divorce from a physically and mentally abusive man, standing at my side through out the proceedings and counseling me to stay calm and patient; that all would work out for the best. During that same time, he brought bags of groceries to my home every week to ensure that I and my young children would have food on our table.

He is a man of integrity and is well respected by family, friends and members of the community. He has 35 years in a business that was his dream come true; which he runs with honesty and within the letter of the law.

I find it impossible to associate a man of his caliber, 72 years old, a stroke victim with hearing loss with the charges filed against him.

Please consider all the facts in this case and the character of a man, whose livelihood and well being have already been negatively impacted.

Sincerely,

Anne Hunter
(sister)

Mr. Albert E. Medici
1312 Atwood Avenue
Johnston, Rhode Island
02919

Dear Mr. Medici,

I would like to take this opportunity to write a testimonial for my uncle, Anthony Mancini. He and my father have been the two main positive influences in my life. They have shaped my moral character and taught me to follow a system of values that include honesty, respect, truth and compassion for others.

My uncle is a loving and caring father and has instilled the importance of respect and valuing family.I will always see my uncle as a figure of knowledge, support and fortitude. He has shown me the importance of hard work and dedication in order to achieve the best for oneself and others.

His son Kieth perished in the Station Club fire. He was working that night and was at the exit when he turned around to assist others. This unselfisness of putting himself in peril is the direct result of how his dad raised him.

I take pride in values and morals that I live my life by and will continue to aspire to live by the examples my uncle has set before me.

Most Sincerely,

**Vincent Mancini**
**Assistant Safe Neighbourhoods Officer- Community Issues**

John Parillo
24 Pershing Street
Cranston, R.I. 02910

March 4, 2008

RE: Anthony Mancini

To Whom It May Concern:

I am writing in regards to Anthony Mancini. I have known him since I was a young boy. Anthony's son Keith and I went to school together , played together and did numerous activities together.

When we were in our early teens, out dads belonged to a club and on Saturday and Sunday we would go shooting and fishing at this club. I became an avid trap shooter because he and my dad showed an interest that would include us boys with them. I remember him showing us how to have respect for a firearm.

Sometime later, he and my mother married and now he is my stepfather, who I respect. He has made my mother very happy.

Their home is always open to us, meaning my younger brother and older sister. We spend all the holidays with them both. Anthony and my mother have keep the family unity going. They host all the holidays for both sides of the family. They love and adore their grandchildren. I had to spend sometime living with them and they welcomed me with open arms. Anthony and I would love to eat supper together every night, competing on who could eat more.

What is happening to this person is so wrong and unjust that you seem to wonder what the law is really doing. This man is dedicated to my mother, his children , stepchildren , family and his business and would never hurt anyone. He has been through a great deal in the past few years, he had by-pass surgery with complications, a pacemaker, two strokes, and hearing loss. Besides that he loss his younger son to the Station Fire. One would think that would be enough in one life time and yet he ask for nothing and complains about nothing. He always is caring about other people and not himself. He always comes second.

I close in saying there is no one that knows him that doesn't have respect for the man. He shows respects and in turn gets respect.

Feb. 26, 2008

Dear Sir,

My brother, Anthony Mancini, has always been an honest, hardworking person, and he ran his business the same way.

He has always been there for all of his family, whether it was due to a death or a sickness, even though he has had very serious health problems of his own.

After running an honest business for thirty-five years, I think this small lapse has been blown way out of proportion.

Thank you,

Lucy (Mancini) Ciccarelli

To Whom It May Concern:

I am writing this letter today on behalf of my father, Anthony Mancini. My dad is a fine upstanding citizen, who for 35 plus years has owned and operated Continental Arms Company in the city of Cranston. Established in 1973, he has always run an honest business and till now has never, I repeat never had any issues or citations from ATF on the operations of the firearms portion of the business.

Growing up, my father worked hard to get the business up and running and put many long hours in to help get the operation off and running. The business was and is mostly today his only source of income. It's not a great money maker, but at one time it supported our family while we were growing up. My dad worked 6 days a week and some nights so my mother could stay home and raise myself and my younger brother Keith, who we lost in the Station Night Club Fire. We didn't have a lot growing up, but we had a roof over our heads, clothes on our back and food on the table. My dad worked long days and nights to keep the business going, sometimes at the expense of spending time with his family. As time went on it has taken a toll on his health. In his later years he has had Angioplasty done to open blocked arteries, which not too soon after lead to open heart surgery, and the installation of a pace maker. On his road to recovery he also had a few mini strokes, but through it all my father remained strong and wanted to get back to his business.

At 72 years old, he should be retired, but he is not a rich man and I am very sure the business keeps him alive (along with A LOT of support from my step mother Carol). My father enjoyed working on firearms and is a very talented man, I only hope to gain half of what he knows before God feels he's had enough and takes him to a better place. They say that God only gives you what you can handle and my dad has broad shoulders, but with everything that has gone on over the past few years, I am not sure how much more he can take. Between the loss of my brother in the Station Fire and all his health issues, I hope this last situation does not push him over the edge and force him to give up. We are not ready to let him go, he is just too important in our lives and such a strong force in who I am today, I just don't want to think of him not being here for us.

Anthony is a loving husband, brother, uncle and with my having a family of my own now, he is a wonderful grandfather to my children. They love him to death and can't wait for their Poppie to come visit. With everything that is going on, they don't understand, and I hope when this is over, I don't have to explain were there grandfather is and why they can't see him. This is an unfortunate situation we fined ourselves in today, and hopefully when all is said and done my father can try to resume his life and not worry about this any further.

I know he has admitted his guilt, but with the way things went down, he really had no choice. My father is a strong and proud man, and I think enough is enough already. With his plea, a lot of the things he loves to do have been taken away. He can't go trap shooing, he can't work on firearms and he can't be around them. It has taken more than half of the business away, along with the customers. Summertime is usually a good time for the

business, yet things are way off. Financially the business is struggling to survive and for the first time in 35 years, he will close most of the winter, as he has lost most of what keeps the doors open during that period of time. It's a shame after all these years it has to come down to this……..

I could go on and on, but that's not what I wanted to do here. I love my father with all my heart and to see him going through this is just killing me. He has become very quite at times and is embarrassed to be around family and friends as he feels he has let everyone down, which is so not the case here. He needs to be able to put this behind him and try to move on. Carol (my step mother) deserves some quality time with him as we all know those days are numbered now. He has worked so hard all his life, it's not right to see it taken away. He deserves the opportunity to enjoy the rest of his life. It is very difficult not to go into the details here, as his side of the story has never been heard, and most likely never will be.

Please take into consideration these words along with all the others you have read and think about the man coming before you as you along with his lawyer have the balance of his life in your hands.

Sincerely,

*Craig A. Mancini*